UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAFAEL LOPEZ GARCIA, RAMON BAUTISTA RUIZ, and EFREN HERNANDEZ PEREZ, individually and on behalf of others similarly situated,

                               Plaintiffs,

                -against-

PGGS GOURMET INC. (D/B/A COLUMBUS GOURMET FOOD), PGGS CAFEINC. (D/B/A COLUMBUS GOURMET FOOD), PHUMAN SINGH, MANJIT SINGH (A.K.A. JIMMY), and SAMMIDOE,

                               Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

**ORDER**

**18-CV-10022 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 12, 2019, the parties represented that they had reached a settlement in principle. The parties are directed to either file a letter to update the Court as to the status of settlement or, alternatively, file their *Cheeks v. Freeport Pancake House Inc. et al.* submission by **December 30, 2019**.

SO ORDERED.

Dated: December 19, 2019
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge