USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL LOPEZ GARCIA, RAMON BAUTISTA
RUIZ, and EFREN HERNANDEZ PEREZ,
individually and on behalf of others similarly
situated,

                              Plaintiffs,

              -against-

PGGS GOURMET INC. (D/B/A COLUMBUS
GOURMET FOOD), PGGS CAFEINC. (D/B/A
COLUMBUS GOURMET FOOD), PHUMAN SINGH,
MANJIT SINGH (A.K.A. JIMMY), and SAMMIDOE,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-10022 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 12, 2019 and December 30, 2019, the parties represented that they had reached a settlement in principle. The parties are directed to either file a letter to update the Court as to the status of settlement or, alternatively, file their *Cheeks v. Freeport Pancake House Inc. et al.* submission by **February 28, 2020**.

      SO ORDERED.

Dated: January 30, 2020
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge